IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-MJ-07009-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DAVID JIMENEZ,**

       Defendant.

---

## NOTICE OF APPEAL

---

      Notice is hereby given that DAVID JIMENEZ, defendant in the above captioned case, by his counsel Paula M. Ray, appeals to the United States District Court, from the Judgment In A Criminal Case entered in this action on November 16, 2016 at Doc. No. 60, by Magistrate Judge Michael E.Hegarty.

      DATED this 28th day of November, 2016.

                                      Respectfully submitted

                                      s/ Paula M. Ray
                                      Paula M. Ray, P.C.
                                      P.O. Box 12554
                                      Denver, CO  80212-0554
                                      Telephone:  (303) 874-5170
                                      Email: paulamray@earthlink.net

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of November, 2016, I served a copy of the foregoing via CM/ECF on all interested parties.

                                                        s/ Paula M. Ray  
                                                        Law Office of Paula M. Ray, P.C.