# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## DOCKETING STATEMENT

Case No. **16-cr-00370-PAB**

Name: **United States v. David Jimenez**

Court/Agency Appeal From:   Magistrate Court, District of Colorado

Court/Agency Docket No.:16-mj-07009-MEH

Magistrate Judge:  Michael E. Hegarty

Party or Parties filing Notice of Appeal/Petition:  **David Jimenez**

I. **TIMELINESS OF APPEAL OR PETITION FOR REVIEW**

   A. **APPEAL FROM DISTRICT COURT**

   1. Date notice of appeal filed:  November 28, 2016

      a. Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal:   NO

      b. Is the United States or an officer or an agency of the United States a party to this appeal? YES

   2. Authority fixing time limit for filing notice of appeal:

   Fed. R. App. 4 (a)(1)(A) _____    Fed. R. App. 4(a)(6) _____
   Fed. R. App. 4 (a)(1)(B) _____    Fed. R. App. 4(b)(1)  X
   Fed. R. App. 4 (a)(2)    _____    Fed. R. App. 4(b)(3) _____
   Fed. R. App. 4 (a)(3)    _____    Fed. R. App. 4(b)(4) _____
   Fed. R. App. 4 (a)(4)    _____    Fed. R. App. 4(c)    _____
   Fed. R. App. 4 (a)(5)    _____

Other: _____

3. Date final judgment or order to be reviewed was filed and **entered** on the district court docket: <u>November 16, 2016</u>

4. Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties? *See* Fed. R. Civ. P. 54(b). Yes

**(If the order being appealed is not final, please answer the following questions in this section.)**

    a. If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done?
_____

    b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. ' 1292(a)?
_____

    c. If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable?
_____

5. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

    a. Give the filing date of any motion under Fed. R. Civ. P. 50(b), 52(b), 59, 60, including any motion for reconsideration, and in a criminal appeal any motion for judgment of acquittal, for arrest of judgment or for new trial, filed in the district court: <u>N/A</u>

    b. Has an order been entered by the district court disposing of any such motion, and, if so, when?_____

B.  **REVIEW OF AGENCY ORDER**  (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

   1. Date petition for review was filed: _____

   2. Date of the order to be reviewed: _____

   3. Specify the statute or other authority granting the court of appeals jurisdiction to review the order: _____
   _____

   4. Specify the time limit for filing the petition (cite specific statutory section or other authority): _____

C.  **APPEAL OF TAX COURT DECISION**

   1. Date notice of appeal was filed:
   _____
   (If notice was filed by mail, attach proof of postmark.)

   2. Time limit for filing notice of appeal:
   _____

   3. Date of entry of decision appealed:
   _____

   4. Was a timely motion to vacate or revise a decision made under the Tax Court=s Rules of Practice, and if so, when?  *See* Fed. R. App. P. 13(a)
   _____

## II. LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S). If none, please so state.

None.

## III. GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE PRESENT ACTION AND RESULT BELOW.

Trial and conviction of defendant on Driving Under Restraint (Alcohol Related) under the Assimilated Crimes Act and Colo. Rev. State. § 42-2-138(1)(d).

## IV. ISSUES RAISED IN THIS APPEAL.

    I.    Whether the Magistrate Judge erred in finding as a Matter of Law that the Entryway at Fort Carson is a "public highway?"

    II.    Whether driving on a "public highway" is a necessary element of the offense?

    III.    Whether the government's evidence at trial was sufficient to prove the crime charged?

    IV.    Whether the sentence was appropriate?

V. **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

   A. Does this appeal involve review under 18. U.S.C. § 3742(a) or (b) of the sentence imposed?  Yes

   B. If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction?  Yes

   C. Describe the sentence imposed.  12 months imprisonment with eight months suspended and one year supervised release

   D. Is defendant on probation or at liberty pending appeal?  Yes

   E. Was the sentence imposed after a plea of guilty?  No

   F. If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?  N/A

   **NOTE**: In the event expedited review is requested and a motion to that effect is filed, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal.  Necessary transcripts must be ordered by completing and delivering the transcript order form to the clerk of the district court with a copy filed in the court of appeals.

**VI.    ATTORNEY FILING DOCKETING STATEMENT:**

    Paula M. Ray
    Paula M. Ray, P.C.
    PO Box 12554
    Denver, CO  80212-0554
    Telephone:  303-874-5170
    Email:  paulamray@earthlink.net

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

    A.    Appellant

B.   **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS:**

Court-Appointed Attorney under the CJA.

Respectfully submitted,

s/ Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO  80212-0554
Telephone:  303-874-5170
Email:  paulamray@earthlink.net

**NOTE:**   A copy of the final judgment or order appealed from, any pertinent findings and conclusions, opinions, or orders, any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, or 60, including any motion for reconsideration, for judgment of acquittal, for arrest of judgment, or for new trial, and the dispositive order(s), any motion for extension of time to file notice of appeal and the dispositive order **must be submitted with the Docketing Statement.**

The Docketing Statement must be filed with the Clerk via the court's Electronic Case Filing System (ECF). Instructions and information regarding ECF may be found on the court's website, www.ca10.uscourts.gov.

This Docketing Statement must be accompanied by proof of service.

The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2016, I served a copy of the foregoing via CM/ECF on all interested parties.

s/ Paula M. Ray  
Law Office of Paula M. Ray, P.C.