IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00370-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DAVID JIMENEZ,

 Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

 This matter comes before the Court on defendant's Notice of Appeal [Docket No. 63] of the Judgment entered by Magistrate Judge Michael E. Hegarty on November 16, 2016 in Case No. 16-mj-007009-MEH. It is

 **ORDERED** that, pursuant to Fed. R. App. P. 31(a), defendant shall file his opening brief 40 days after the record is filed. If the complete record has already been produced, defendant shall file his opening brief within 30 days of this order. The parties shall thereafter submit their briefs in accordance with Fed. R. App. P. 31(a). The parties need not submit paper copies of their briefs unless directed to do so by the Court. The opening brief and the response brief shall not exceed twenty pages, and the reply, if any, shall not exceed ten pages. The parties shall comply with this Court's Practice Standards and D.C.COLO.LCivR 10.1 with regard to format and style of filings.

 DATED December 7, 2016.